■ WILLIAM C. PRENTICE, Respondent-Appellant, v ROYAL NICKERSON, Respondent-Respondent, and NORNEW, INC., et al., Appellants-Respondents. [937 NYS2d 924]

Present—Centra, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.